IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN, BANKRUPTCY DIVISION

| | |
|---|---|
| In re:<br><br>INNOVATIVE COMMUNICATION CORPORATION,<br><br>DEBTOR. | Chapter 11<br><br>Case No. 07-30012 (JKF) |
| STAN SPRINGEL, CHAPTER 11 TRUSTEE OF THE BANKRUPTCY ESTATE OF INNOVATIVE COMMUNICATION CORPORATION,<br><br>PLAINTIFF,<br><br>V.<br><br>HUSCH BLACKWELL SANDERS LLP F/K/A BLACKWELL SANDERS PEPER MARTIN LLP,<br><br>DEFENDANT. | Adv. Proc. No. 09-03017 (MFW) |

ORDER GRANTING
STIPULATION TO EXTEND DEFENDANT'S
TIME TO FILE A RESPONSIVE PLEADING

UPON consideration of the *Stipulation to Extend Defendant's Time to File a Responsive Pleading* (the "Stipulation"), between Stan Springel (the "Plaintiff") and Husch Blackwell Sanders LLP f/k/a Blackwell Sanders Peper Martin LLP (the "Defendant"), by which Plaintiff and Defendant agree and stipulate that the Defendant's time in which to file a responsive pleading herein is extended through and including February 25, 2010; it is therefore

ORDERED that the Stipulation is hereby approved.

US 232023v.1

DATED: _____Jan. 19_____, 2010.

_____
The Honorable Mary F. Walrath
United States Bankruptcy Judge

US 232023v.1